AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Anthony Michael Mabutas, Jr.<br><br>*Plaintiff(s)*<br>v.<br>Officer James Colley, in his official and individual capacities; Antioch (CA) Police Department; and the City of Antioch<br><br>*Defendant(s)* | Civil Action No. 14-3796 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Officer James Colley
Antioch Police Department
300 "L" Street
Antioch, CA  94509

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mark W. Kelsey, Esq.
Law Offices of Mark W. Kelsey
877 Ygnacio Valley Rd., Ste. 208
Walnut Creek, CA  94596

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Anthony Michael Mabutas, Jr. | ) |
|---|---|
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 14-3796 |
| Officer James Colley, in his official and individual capacities; Antioch (CA) Police Department; and the City of Antioch | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Antioch Police Department
c/o Allan Cantando, Chief of Police
300 "L" Street
Antioch, CA  94509

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mark W. Kelsey, Esq.
Law Offices of Mark W. Kelsey
877 Ygnacio Valley Rd., Ste. 208
Walnut Creek, CA  94596

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| Anthony Michael Mabutas, Jr.<br><br>*Plaintiff(s)*<br>v.<br>Officer James Colley, in his official and individual capacities; Antioch (CA) Police Department; and the City of Antioch<br><br>*Defendant(s)* | Civil Action No. 14-3796 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* City of Antioch
c/o Lynn Tracy Nerland, City Attorney
3rd and H Streets
Antioch, CA 94509

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mark W. Kelsey, Esq.
Law Offices of Mark W. Kelsey
877 Ygnacio Valley Rd., Ste. 208
Walnut Creek, CA 94596

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                      *Signature of Clerk or Deputy Clerk*