JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
LAURA A. COX (State Bar No. 296147)
McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
OFFICER JAMES COLLEY; ANTIOCH POLICE
DEPARTMENT; and CITY OF ANTIOCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MICHAEL MABUTAS, JR., <br><br> Plaintiff, <br><br> vs. <br><br> OFFICER JAMES COLLEY, in his official and individual capacities, ANTIOCH POLICE DEPARTMENT, and CITY OF ANTIOCH, CALIFORNIA, <br><br> Defendants. | Case No. C14-3796 KAW <br><br> **STIPULATION AND [PROPOSED] ORDER TO LIFT STAY OF PROCEEDINGS AND SET CMC** <br><br> Judge: Hon. Kandis A. Westmore |

Plaintiff ANTHONY MICHAEL MABUTAS, JR., and Defendants OFFICER JAMES COLLEY; ANTIOCH POLICE DEPARTMENT; and CITY OF ANTIOCH, by and through their respective attorneys of record, hereby stipulate to the following:

1. WHEREAS Plaintiff filed a civil rights complaint in the United Stated District Court in the Northern District of California on August 21, 2014, arising out of an incident relating to the arrest of Plaintiff by officers of the Antioch Police Department on June 9, 2014;

2. WHEREAS this case was stayed per Stipulation and Order (ECF Doc. 27) in November of 2014, pending the criminal charges against Plaintiff arising out of this June 9th arrest.

3. WHEREAS the criminal case against Plaintiff, arising out of this June 9th arrest was resolved in the Superior Court of Contra Costa County, Case No. 4-181216-3 (Pittsburg)

on March 4, 2015, via a plea of Plaintiff and Plaintiff has been now been sentenced. As such, the criminal case that led to the stay of this civil action has now resolved.

   4.  WHEREFORE, the parties, by and through their respective counsel, respectfully seek an Order of the Court to:

   a. Lift the stay of this civil rights case;

   b. Schedule a Case Management Conference at the Court's convenience.

IT IS SO STIPULATED.

Dated: April _2_, 2015   LAW OFFICE OF MARK W. KELSEY

         By: __/s/ Kelsey, Mark_____
         Mark W. Kelsey, Attorney for Plaintiff
         ANTHONY MICHAEL MABUTAS, JR.

Dated: April _2_, 2015   MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

         By: __/s/ Blechman, Noah_____
         James V. Fitzgerald, III / Noah G. Blechman
         Laura A. Cox
         Attorneys for Defendants
         OFFICER JAMES COLLEY; ANTIOCH POLICE DEPARTMENT; and CITY OF ANTIOCH

## ORDER

**PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS:**

The current stay of this case is lifted.

A Case Management Conference is set for April 28, 2015 at 1:30 ~~am~~/pm. Judge Westmore's department in Oakland. The parties are ordered to file a joint Case Management Conference Statement within one week of the Case Management Conference. Discovery is stayed pending the Case Management Conference.

**IT IS SO ORDERED**

Dated: April 6, 2015   By: _/s/ Kandis Westmore_____
         Hon. Kandis A. Westmore
         United States Magistrate Judge