UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY MICHAEL MABUTAS,

    Plaintiff,

  v.

JAMES COLLEY, et al.,

    Defendants.

Case No. 14-cv-03796-KAW

**ORDER GRANTING DEFENDANTS PERMISSION TO DEPOSE PLAINTIFF AT CONTRA COSTA COUNTY JAIL**

During the case management conference held on April 28, 2015, Defendants requested permission to conduct a videotaped deposition of Plaintiff Anthony Michael Mabutas, who is currently in custody at Contra Costa County Jail, Martinez Detention Facility.

The Court hereby ORDERS the officials at Contra Costa County Jail, Martinez Detention Facility, to permit the attorneys of record in this case, Mark William Kelsey and Noah G. Blechman, to visit Plaintiff under the procedures for attorney visitation for the purpose of conducting a videotaped deposition at a date that is convenient to all parties.  Contra Costa County Jail officials shall permit Defendants to videotape the deposition and bring any electronic equipment necessary to do so.  In accordance with Federal Rule of Civil Procedure 30, Defendants may depose Plaintiff for up to seven hours, not counting any period(s) of time taken for breaks.

IT IS SO ORDERED.

Dated: 04/29/15

_____
KANDIS A. WESTMORE
United States Magistrate Judge