UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY MICHAEL MABUTAS,

    Plaintiff,

v.

JAMES COLLEY, et al.,

    Defendants.

Case No. 14-cv-03796-KAW

**ORDER REGARDING STIPULATED PROTECTIVE ORDER**

Re: Dkt. No. 35

On June 2, 2015, the parties to the above-captioned case filed a Stipulated Protective Order, Dkt. No. 35. They did not, however, indicate whether they were using a model protective order or a modified protective order as required by the Court's Standing Order. (*See* Judge Westmore's General Standing Order ¶ 11.)

Accordingly, the parties are ordered to submit, within 7 days of this order, (a) a declaration stating that the proposed order is identical to one of the model orders except for the addition of case-identifying information or the elimination of language denoted as optional; (b) a declaration explaining each modification to the model order, along with a redline version comparing the proposed protective order with the model order; or (c) a declaration explaining why use of one of the model orders is not practicable. (*See id.*)

IT IS SO ORDERED.

Dated: 07/01/2015

KANDIS A. WESTMORE
United States Magistrate Judge