1  NOAH G. BLECHMAN (State Bar No. 197167)
   noah.blechman@mcnamaralaw.com
2  AMY S. ROTHMAN (State Bar No. 308133)
   amy.rothman@mcnamaralaw.com
3  McNAMARA, NEY, BEATTY, SLATTERY,
   BORGES & AMBACHER LLP
4  1211 Newell Avenue
   Walnut Creek, CA 94596
5  Telephone: (925) 939-5330
   Facsimile:  (925) 939-0203
6
   Attorneys for Defendants
7  OFFICER JAMES COLLEY; ANTIOCH POLICE
   DEPARTMENT; and CITY OF ANTIOCH
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12 | ANTHONY MICHAEL MABUTAS, JR., | Case No. C14-3796 KAW
13 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**
14 | vs. |
15 | OFFICER JAMES COLLEY, in his official and individual capacities, ANTIOCH POLICE DEPARTMENT, and CITY OF ANTIOCH, CALIFORNIA, | Judge: Hon. Kandis A. Westmore
18 | Defendants. |

19

20    Plaintiff ANTHONY MICHAEL MABUTAS, JR., and Defendants OFFICER JAMES
21 COLLEY; ANTIOCH POLICE DEPARTMENT; and CITY OF ANTIOCH, by and through their
22 respective attorneys of record, hereby stipulate to the following:
23    1.   WHEREAS Plaintiff filed a civil rights complaint in the United States District
24 Court in the Northern District of California on August 21, 2014, arising out of Plaintiff's arrest by
25 an officer of the Antioch Police Department on June 9, 2014;
26    2.   WHEREAS Plaintiff has a pending criminal case against him arising out of an
27 April 14, 2015, arrest with charges for, among other things, violating Penal Code section 187(a)
28 pending against him in the Superior Court of Contra Costa County.

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CASE MANAGEMENT
CONFERENCE., C14-3796 KAW

3. WHEREAS Counsel for Plaintiff is informed that Plaintiff's trial date for the pending criminal action is scheduled for July, 2017.

4. WHEREAS it has been previously agreed that the outcome of the Plaintiff's pending criminal trial may directly or indirectly bear on the issues in this Fourth Amendment civil rights case.

5. WHEREAS, with the exception of third party discovery, this matter is presently stayed until the resolution of Plaintiff's criminal action.

6. WHEREAS this matter is currently set for a further Case Management Conference on March 7, 2017.

7. WHEREFORE, the parties by and through their respective counsel, respectfully seek an Order from the Court to continue the further Case Management Conference to sometime in August or September of 2017.

IT IS SO STIPULATED

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

Dated: January 24, 2017    Law Office of Mark W. Kelsey

By:   /s/ Mark W. Kelsey
      Mark W. Kelsey
      Attorney for Plaintiff
      ANTHONY MICHAEL MABUTAS, JR.

Dated: January 24, 2017    MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

By:   /s/ Noah G. Blechman
      Noah G. Blechman
      Amy S. Rothman
      Attorneys for Defendants
      OFFICER JAMES COLLEY; ANTIOCH POLICE DEPARTMENT; and CITY OF ANTIOCH

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE, C14-3796 KAW

2

# ORDER

Pursuant to the parties' stipulation and on a showing of good cause, the Court orders that the further Case Management Conference currently set for March 7, 2017, is hereby rescheduled to __September 19_____, 2017, at 1:30 p.m. in the undersigned's Department. The parties shall file an Updated Joint Case Management Conference Statement no later than seven (7) days prior to the new Case Management Conference date. Should the pending criminal case of Plaintiff be finally resolved before that time frame, the parties shall jointly provide notice to the Court as soon as feasible.

**IT IS SO ORDERED.**

Dated: __1/30_____, 2017     By: _____Kandis Westmore_____
HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE, C14-3796 KAW          3