NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
AMY S. ROTHMAN (State Bar No. 308133)
amy.rothman@mcnamaralaw.com
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendants
OFFICER JAMES COLLEY; ANTIOCH POLICE
DEPARTMENT; and CITY OF ANTIOCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MICHAEL MABUTAS, JR., <br><br> Plaintiff, <br><br> vs. <br><br> OFFICER JAMES COLLEY, in his official and individual capacities, ANTIOCH POLICE DEPARTMENT, and CITY OF ANTIOCH, CALIFORNIA, <br><br> Defendants. | Case No. C14-3796 KAW <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Judge: Hon. Kandis A. Westmore |

Plaintiff ANTHONY MICHAEL MABUTAS, JR., and Defendants OFFICER JAMES COLLEY; ANTIOCH POLICE DEPARTMENT; and CITY OF ANTIOCH, by and through their respective attorneys of record, hereby stipulate to the following:

1. WHEREAS Plaintiff filed a civil rights complaint in the United States District Court in the Northern District of California on August 21, 2014, arising out of Plaintiff's arrest by an officer of the Antioch Police Department on June 9, 2014;

2. WHEREAS Plaintiff has a pending criminal case against him arising out of an April 14, 2015, arrest with charges for, among other things, violating Penal Code section 187(a) pending against him in the Superior Court of Contra Costa County.

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

3. WHEREAS Counsel for Plaintiff is informed that Plaintiff's trial date for the pending criminal action is scheduled for January 23, 2018.

4. WHEREAS it has been previously agreed that the outcome of the Plaintiff's pending criminal trial may directly or indirectly bear on the issues in this Fourth Amendment civil rights case.

5. WHEREAS, with the exception of third party discovery, this matter is presently stayed until the resolution of Plaintiff's criminal action.

6. WHEREAS this matter is currently set for a further Case Management Conference on September 19, 2017.

7. WHEREFORE, the parties by and through their respective counsel, respectfully seek an Order from the Court to continue the further Case Management Conference to sometime in February or March of 2018.

IT IS SO STIPULATED

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

Dated: August 30, 2017          Law Office of Mark W. Kelsey

                                By:  /s/ Mark W. Kelsey
                                     Mark W. Kelsey
                                     Attorney for Plaintiff
                                     ANTHONY MICHAEL MABUTAS, JR.

Dated: August 30, 2017          MCNAMARA, NEY, BEATTY, SLATTERY,
                                BORGES & AMBACHER LLP

                                By:  /s/ Noah G. Blechman
                                     Noah G. Blechman
                                     Amy S. Rothman
                                     Attorneys for Defendants
                                     OFFICER JAMES COLLEY; ANTIOCH POLICE
                                     DEPARTMENT; and CITY OF ANTIOCH

STIPULATION AND [PROPOSED] ORDER TO       2
CONTINUE CASE MANAGEMENT
CONFERENCE, C14-3796 KAW

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

## ORDER

Pursuant to the parties' stipulation and on a showing of good cause, the Court orders that the further Case Management Conference currently set for September 19, 2017, is hereby rescheduled to __March 6__, 2018, at 1:30 p.m. in the undersigned's Department. The parties shall file an Updated Joint Case Management Conference Statement no later than seven (7) days prior to the new Case Management Conference date. Should the pending criminal case of Plaintiff be finally resolved before that time frame, the parties shall jointly provide notice to the Court as soon as feasible.

**IT IS SO ORDERED.**

Dated: __9/1__, 2017    By: _/s/ Kandis Westmore_
HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE, C14-3796 KAW      3