NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
OFFICER JAMES COLLEY; ANTIOCH POLICE
DEPARTMENT; and CITY OF ANTIOCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MICHAEL MABUTAS, JR., <br><br> Plaintiff, <br><br> vs. <br><br> OFFICER JAMES COLLEY, in his official and individual capacities, ANTIOCH POLICE DEPARTMENT, and CITY OF ANTIOCH, CALIFORNIA, <br><br> Defendants. | Case No. C14-3796 KAW <br><br> **STIPULATION AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION, WITH PREJUDICE** |

Plaintiff ANTHONY MICHAEL MABUTAS, JR. ("Plaintiff") and Defendants OFFICER JAMES COLLEY; ANTIOCH POLICE DEPARTMENT; and CITY OF ANTIOCH ("Defendants"), by and through their respective attorneys of record, hereby stipulate to the following:

1.  WHEREAS Plaintiff filed a civil rights Complaint (ECF 1) in the United States District Court in the Northern District of California on August 21, 2014, arising out of Plaintiff's arrest by an officer of the Antioch Police Department on June 9, 2014;

2.  WHEREAS the parties, by and through their respective counsel, hereby stipulate and jointly request an Order from the Court to a dismissal of the Plaintiff's Complaint, the entire action, against Defendants City of Antioch, Antioch Police Department and Antioch Police

STIPULATION AND ORDER DISMISSING
ENTIRE ACTION, WITH PREJUDICE – C14-
3796 KAW

Officer James Colley, with prejudice. Each party agrees to bear its own fees and costs as to this dismissal.

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: June 19, 2018         Law Office of Mark W. Kelsey


By: __/s/ Kelsey, Mark W._____
   Mark W. Kelsey
   Attorney for Plaintiff
   ANTHONY MICHAEL MABUTAS, JR.

Dated: June 19, 2018         McNAMARA, NEY, BEATTY, SLATTERY,
                             BORGES & AMBACHER LLP


By: __/s/ Blechman, Noah G._____
   Noah G. Blechman
   Attorneys for Defendants
   OFFICER JAMES COLLEY; ANTIOCH POLICE
   DEPARTMENT; and CITY OF ANTIOCH

## ORDER

**PURSUANT TO STIPULATION AND REQUEST, IT IS ORDERED AS FOLLOWS:**

The Court hereby dismisses this entire action, with prejudice, as to all claims alleged by Plaintiff. Each party to bear its own fees and costs as to this dismissal.

**IT IS SO ORDERED.**

Dated: ___June 20___, 2018     By: _/s/ Kandis Westmore_____
                                  HON. KANDIS A. WESTMORE
                                  UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER DISMISSING                2
ENTIRE ACTION, WITH PREJUDICE– C14-
3796 KAW